```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

**FIRST NATIONAL BANK OF**
**GREEN FOREST**                                          **PLAINTIFF**

       v.           Civil No. 10-3007

**NICK RANDOLPH and**
**SHERRI RANDOLPH, HUSBAND**
**and WIFE; UNITED STATES**
**DEPARTMENT OF THE TREASURY**
**BY AND THROUGH THE IRS;**
**COLLINS FINANCIAL SERVICES,**
**INC.; CACH, LLC; and**
**DISCOVER BANK**                                         **DEFENDANTS**

## O R D E R

Now on this 23rd day of August, 2020, comes on for consideration the **Stipulation For Dismissal** (document #17) of plaintiff and separate defendant United States Department of the Treasury through the Internal Revenue Service, and the Court, being well and sufficiently advised, finds that plaintiff's claims against separate defendant United States Department of the Treasury through the Internal Revenue Service should be, and same hereby are, **dismissed with prejudice.**

    **IT IS SO ORDERED.**

                                           /s/ Jimm Larry Hendren
                                         **JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**