```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       HARRISON DIVISION
```

**FIRST NATIONAL BANK OF**
**GREEN FOREST**                                                  **PLAINTIFF**

        v.        Civil No. 10-3007

**NICK RANDOLPH and**
**SHERRI RANDOLPH, HUSBAND**
**and WIFE; UNITED STATES**
**DEPARTMENT OF THE TREASURY**
**BY AND THROUGH THE IRS;**
**COLLINS FINANCIAL SERVICES,**
**INC.; CACH, LLC; and**
**DISCOVER BANK**                                                 **DEFENDANTS**

### O R D E R

    Now on this 2nd day of September, 2020, comes on for consideration plaintiff's **Motion For Remand** (document #19), and the Court, being well and sufficiently advised, finds that the basis upon which this case was removed, i.e., the United States Department being a party, no longer exists, the United States having been dismissed by Order dated August 23, 2010.  That being the case, the Court will decline to exercise supplemental jurisdiction over the remaining claims, and will remand pursuant to **28 U.S.C. § 1367(c)(3).**

    **IT IS THEREFORE ORDERED** that plaintiff's **Motion For Remand** (document #19) is **granted,** and the Clerk of Court is directed to **remand** this case to the Circuit Court of Boone County, Arkansas.

    **IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**